COUNTY OF ERIE, Respondent, *v.* EDUARD F. METZ et al., Constituting the Board of Trustees of School District No. 13, Amherst, Appellants.

COUNTY OF ERIE, Respondent, *v.* HARRY E. BENSON et al., Constituting the Board of Fire Commissioners of Snyder Fire District in the Town of Amherst, Appellants.

Argued March 4, 1948; decided April 22, 1948.

*Maurice J. Rumizen* and *Ralph A. Lehr* for respondents.

In first action: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In second action: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.